IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES M. GREGG | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-6577 |
| PAUL CRESSMAN, et al. | : |

## ORDER

**AND NOW**, this 26th day of April 2016, upon consideration of Defendants' Motion to Dismiss (ECF Doc. No. 9) after oral argument and for the reasons in the accompanying Memorandum, Defendants' Motion (ECF Doc. No. 9) is **GRANTED** and the Complaint (ECF Doc. No. 4) is **DISMISSED** without prejudice to allow Plaintiff leave to file an amended complaint to address a possible claim under 15 U.S.C. § § 1692g to be filed no later than **May 23, 2016.**

KEARNEY, J.