IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES M. GREGG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CRESSMAN, et al** | : | **NO. 15-6577** |
| | : | |

## ORDER

**AND NOW**, this 1st day of July 2016, upon consideration of Defendants' Motion to Dismiss (ECF Doc. No. 21), Plaintiff's Response (ECF Doc. No. 25), following our April 26, 2016 Order and Memorandum (ECF Doc. Nos. 16, 17) dismissing the Complaint with leave to file an amended complaint if Plaintiff could cure deficiencies and finding the Amended Complaint does not plead a claim under the Fair Debt Collection Practices Act, it is **ORDERED** Defendants' Motion (ECF Doc. No. 21) is **GRANTED with prejudice.**

The Clerk of Court shall **close** this case.

_____
KEARNEY, J.